UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN ASIAN ABILITIES CLUB et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>SP PARTNERS, LLC,<br><br>   Defendant. | Case No. 2:24-cv-09181-SB-PVC<br><br>ORDER DISMISSING PLAINTIFF'S UNRUH ACT CLAIM |

      In response to the Court's order to show cause why it should not decline supplemental jurisdiction over Plaintiffs' claim under the Unruh Act, Plaintiffs filed a statement that they do not oppose the Court declining to exercise supplemental jurisdiction over that claim.  Dkt. No. 11.  Accordingly, for the reasons stated in the Court's order to show cause, it is ORDERED that Plaintiffs' claim under the Unruh Act is DISMISSED without prejudice.

Date: November 12, 2024

                                              Stanley Blumenfeld, Jr.
                                     United States District Judge